(January 12, 1993)

■ RENT STABILIZATION ASSOCIATION OF NEW YORK CITY, INC., et al., Appellants, and SMALL PROPERTY OWNERS OF NEW YORK, Intervenor-Appellant, v RICHARD L. HIGGINS, as Commissioner of the New York State Division of Housing and Community Renewal, Respondent, and ROBERT WELLS et al., Intervenors-Respondents.—Judgment of the Supreme Court, New York County (Irma Vidal Santaella, J.), entered November 27, 1991, declaring "family member" succession rights regulations promulgated by respondent to be a valid exercise of its administrative power, unanimously affirmed, without costs.

The regulations in question are valid for the reasons set forth in this Court's opinion on the application for a preliminary injunction (164 AD2d 283). Even under the heightened scrutiny applicable to regulatory takings, the regulations substantially advance a legitimate governmental interest *(see, Nollan v California Coastal Commn.,* 483 US 825, 834).

Subsequent decisions in *Lucas v South Carolina Coastal Council* (505 US —, 112 S Ct 2886) and *Yee v City of Escondido* (503 US —, 112 S Ct 1522) do not, in this instance, warrant a departure from our prior conclusion that plaintiffs' challenge to the administrative regulations lacks merit *(see, Hanover Ins. Co. v D & W Cent. Sta. Alarm Co.,* 164 AD2d 112, 115). Concur—Murphy, P. J., Ellerin, Kupferman, Kassal and Rubin, JJ.